# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTHONY LAMAR JONES,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. 16-CV-432-JPS

**ORDER**

On February 28, 2017, the parties filed a joint stipulation recommending that the petitioner's sentence in Case No. 08-CR-53-22-JPS be amended to that of time-served, followed by a five year term of supervised release. (Docket #4). The Court will accept the parties' recommendation, grant the petitioner's motion, and issue an amended judgment accordingly.[1] This judgment shall be entered under seal, as was the petitioner's latest amended judgment from September 1, 2015.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation as to an agreed sentence (Docket #4) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket #1) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court issue an amended judgment under seal as to Anthony Lamar Jones in Case No. 08-CR-53-22-JPS in accordance with the parties' joint stipulation as to an agreed sentence (Docket #4); and

---

[1] The petitioner has waived his right to appear in person for re-sentencing.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment in Case No. 16-CV-432-JPS in accordance with this order.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge